O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL Z.C.L. MERLE<br>and EILEEN M. MERLE,<br><br>           Plaintiffs,<br><br>     v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, et al.<br><br>           Defendants. | Case No. EDCV 09-01606-VAP<br>(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE at to Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY and OCWEN LOAN SERVICING, LLC.  The Court orders that such judgment be entered.

Dated:  September 22, 2009            _____
                                          VIRGINIA A. PHILLIPS
                                       United States District Judge