**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-1606-VAP (RCx)                           Date:  January 26, 2010

Title:   EMMANUEL Z-C-L MERLE AND EILEEN M. MERLE -v- DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE; SERIES 2007-1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OCWEN LOAN SERVICING, LLC; HUBERT SUSATIO AND TINA SUSATIO; Its Successors and assigns, and all persons claiming to have a legal, equitable lien, and state in the subject property located at: 1082 Rain Lily Way Beaumont, CA 92223 and DOES 1 through 20, inclusive
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                       None Present
    Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

    None                                                None

PROCEEDINGS:      ORDER TO SHOW CAUSE (IN CHAMBERS)

       On June 30, 2009, Plaintiffs Emmanuel Z.C.L. Merle and Eileen M. Merle filed a Complaint against Deutsche Bank National Trust Company ("Deutsche Bank"), Mortgage Electronic Registration Systems, Inc. ("MERS") Ocwen Loan Servicing, LLC ("Ocwen"), Hurbert Susatio, and Tina Susatio.  Plaintiffs allege the following ten claims: (1) Wrongful foreclosure; (2) Declaratory relief to vacate trustee's deed upon sale; to vacate and set aside foreclosure sale; and to quiet title; (3) Negligent misrepresentation; (4) Fraud; (5) Breach of Contract; (6) Conversion; (7) Intentional Infliction of Emotional Distress; (8) Violation of Business Code § 17200; (9)

EDCV 09-1606-VAP (RCx)
EMMANUEL Z-C-L: MERLE, et al. v. DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.
MINUTE ORDER of January 26, 2010

Promissory estoppel; and (10) Injunction.  On September 1, 2009, Defendants Deutsche Bank and Ocwen filed a Motion to Dismiss Plaintiffs' Complaint.  On September 22, 2009, the Court granted the Motion to Dismiss.

Plaintiffs filed the Complaint on June 30, 2009, almost seven months ago. Plaintiffs have not filed proofs of service as to the remaining defendants -- MERS, Hubert Susatio, and Tina Susatio -- as required by Rule 4(m) of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. ").

Accordingly, the Court ORDERS Plaintiffs to show cause in writing no later than **February 12, 2010**, why this action should not be dismissed for failure to prosecute.  Failure to respond in writing may result in dismissal of the action.  The Court will consider filing of the proofs of service of summons and complaint as an appropriate response to this OSC.

**IT IS SO ORDERED.**