**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL Z-C-L: MERLE AND EILEEN M: MERLE,<br><br>            Plaintiffs,<br><br>     v.<br><br>~~DEUTSCHE BANK NATIONAL~~ ~~TRUSTEE COMPANY, AS~~ ~~TRUSTEE; SERIES 2007-1~~, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br>            Defendants. | Case No. EDCV 09-1606-VAP (RCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 17, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge